UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIZABETH COMBIER,

                                                                   NOTICE OF APPEARANCE

                Plaintiff,

       -against-

                                                                   File No. 09 Civ. 5314 (RJH)

THE STATE OF NEW YORK, HON. TROY
WEBBER, MARIA STANTAMARINA, ESQ.,
KENNETH WASSERMAN, JULIA DANGER,

                Defendants.

------------------------------------------------------------x

    PLEASE TAKE NOTICE, that the undersigned is appearing pro se as defendant in the above entitled action, and demands that all papers related to it be served upon himself at his office located at 350 Fifth Avenue, Suite 4810, New York, New York 10118.

Dated: June 15, 2009

                                  By: _____
                                       Kenneth T. Wasserman (KW 7325)
                                       Defendant Pro Se
                                       350 Fifth Avenue, Suite 4810
                                       New York, New York 10118
                                       (212) 244-3399