```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ELIZABETH COMBIER,                              09 Cv 5314 (RJH)

                    Plaintiff,

     -against-                                  NOTICE OF APPEARANCE

THE STATE OF NEW YORK, et al.,

                    Defendant.

----------------------------------------X
```

    PLEASE TAKE NOTICE that defendants the State of New York, the Hon. Troy Webber, and Maria Santamarina hereby appear by the undersigned, whose address and telephone number are as set forth below. This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated:    New York, New York
           July 8, 2009

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                         State of New York
                                        <u>Attorney for State Defendants</u>
                                        By:

                                                  /S/
                                        _____
                                        Monica Connell (MC-9841)
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, NY 10271
                                        (212) 416-8965

```
To:   Elizabeth Combier
      315 East 65th Street
      New York, NY 10065

      Kenneth T. Wasserman, Atty., at Law
      350 Fifth Avenue
      Suite 4810
      New York , NY 10018
```

Case 1:09-cv-05314-RJH-FM   Document 3   Filed 07/08/2009   Page 2 of 2