UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Civil Case No. 09-CIV 5314(RJH)

ELIZABETH COMBIER

                         Plaintiff,

       -against-                           **NOTICE OF APPEARANCE**

SEE ATTACHED,

                         Defendants.
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the undersigned attorneys appear in this action for and on behalf of Defendants ELI UNCYK and JEFFREY KOFSKY, and request that all papers and proceedings be served upon such undersigned attorneys at the address and e-mails set forth below.

                                    Yours, etc,

                                    **UNCYK, BORENKIND & NADLER, L.L.P.**

Dated: August 24, 2009
       New York, New York          By............................................................
                                           ELI UNCYK (EU 3989)

                                    Attorneys for Defendants
                                    JEFFREY KOFSKY and ELI UNCYK
                                    555 Fifth Avenue, 18th Floor
                                    New York, New York 10017
                                    Tel: (212) 575-1292
                                    Fax: (212) 768-4469
                                    euncyk@aol.com
                                    euncyk@ubnlaw.com
                                    ubnlaw@aol.com

**TO:**     Elizabeth Combier, Plaintiff
          315 East 65th Street
          New York, NY 10065
          (by Regular Mail and Certified Mail, Return Receipt Requested)

THE STATE OF NEW YORK, SUPREME COURT OF THE STATE OF NEW YORK APPELLATE DIVISION FIRST DEPARTMENT, HON, JOHN T. BUCKLEY, in his individual and official capacity, HON. KARLA MOSKOWITZ, in her individual and official Capacity, ERIC REISS, in his individual and official Capacity, LAUREN HOLMES, in her individual and official capacity, DAN RAMOS, in his individual and official capacity, ELIOT SPITZER, in his individual and official capacity, as the former Attorney General of the State of New York, HON. JONATHAN LIPPMAN, in his individual and official capacity as the former Presiding Judge of the New York Supreme Court, Appellate Division, First Department, HON RENEE R. ROTH, in her individual and official capacity as the former Manhattan Surrogate Court Judge, HON. TROY WEBBER, in her individual and official capacity, BARBARA LEVITAN, in her individual and official capacity, MARIA SANTAMARINA, Esq., in her individual and official capacity, ETHEL GRIFFIN, in her individual and official capacity, PETER SCHRAM, in his individual and official capacity, DR. FRED ANDERSON, in his individual and professional capacity, KENNETH WASSERMAN, in his official and individual capacity, FRANCESCA SABADIE, individually, LAWRENCE MARK, individually, JULIA DANGER, alleged Objectant, ELI UNCYK, in his individual and professional capacity, JEFF KOFSKY, in his individual and professional capacity, THEODORE PRUDON, in his individual and professional capacity, GUIDE ONE INSURANCE COMPANY,

                        Defendants
-------------------------------------------------X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NEW YORK       )

**VALERIE BRISSETT**, being duly sworn, says:

I am not a party to the action, am over 18 years of age, and reside in Brooklyn, New York.

On August 24, 2009, I served true copies of the annexed **NOTICE OF APPEARANCE** by mailing the same in a sealed envelope, first class mail, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and an additional copy by certified mail return receipt requested, addressed to the last known address of the addressee as indicated below:

Elizabeth Combier, Plaintiff
315 East 65th Street
New York, NY 10065

and

by filing same with the Clerk of the Court, electronically.

_____
VALERIE BRISSETT

Sworn to before me this
24 day of August, 2009

_____
Notary Public

ALAN BORENKIND
Notary Public, State of New York
No. 4942045
Qualified in New York County
Certificate Filed in Westchester County
Commission Expires Sept. 12, 2010