UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ELIZABETH COMBINER,

           Plaintiff,

     -against-

THE STATE of NEW YORK, et al

           Defendant(s).

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **8/26/09**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

09 Civ. 05314 (RJH) (FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_   Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_   Settlement*

\_\_\_   Inquest After Default/Damages Hearing

\_\_\_   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
          August 28, 2009

Richard J. Holwell
United States District Judge