UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
ELIZABETH COMBIER,
                                                           :       **ORDER**
                     Plaintiff,
                                                           :       09 Civ. 5314 (RJH)(FM)
        -v.-
                                                           :
THE STATE OF NEW YORK, et al.
                                                           :
                     Defendants.
                                                           :
-----------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

        A conference in the above referenced matter has been scheduled for October 28,

2009, at 11:30 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

        Requests for adjournment must be made in **writing**, at least 48 hours prior to the

conference.

        SO ORDERED

Dated:      New York, New York
            October 13, 2009

                                                            _____
                                                            FRANK MAAS
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09