**MEMO ENDORSED**

Elizabeth Combier
315 East 65th Street
New York, NY 10065
212-794-8902

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-09
```

October 19, 2009

Hon. Judge Frank Maas
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

RE: Combier v The State of New York    09 CIV 5314 (RJH) (FM)

Dear Judge Maas,

On Saturday, October 17, 2009, I received your Order to appear at a conference on October 28, 2009 at 11:30 AM, and I request an adjournment for the following reasons:

(1) I have made a request by Motion to United States District Court Judge Richard Holwell for a re-consideration of your participation in the case at bar, or to grant my request to write and submit to him a Second Amended Complaint to include new information provided in a decision handed down by the First Department Appellate Division on October 1, 2009.

(2) I have an appointment to undergo a medical examination on October 28, 2009 cannot be changed.

May I request that a new date is scheduled after Judge Holwell decides on my request for a Second Amended Complaint?

Thank you for your consideration.

*[signature]*
Elizabeth Combier

Copies sent to:

Jeffery H. Sheetz
Greenfield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016

Kenneth Wasserman
350 Fifth Avenue Suite 4810
New York, NY 10118

---

*Handwritten memo endorsement:*

I will consider changing the date of the conference previously scheduled if Ms. Combier submits proof from her medical provider that she has scheduled a medical exam which conflicts with the conference and which cannot be changed. Any such proof is to be ~~submitted by~~ received by my Chambers by noon on October 26, 2009.

In my judgment, any motion for reconsideration of my recusal would be frivolous. Moreover, the issue of a Second Amended Complaint is within the scope of Judge Holwell's referral to me. Accordingly, neither of these alleged justifications warrants any further delay.

*F. Maas*, USMJ, 10/20/09

OCT 20 2009

Eli Uncyk and Jeffrey Kofsky
555 Fifth Avenue, 18th fl
New York, NY 10017

Monica Anne Connell
New York State Office of the Attorney General (24th Floor)
120 Broadway, 24th Floor
New York , NY 10271

Barbara Levitan
Surrogate's Court
31 Chambers Street
New York, NY 10007

Hon. Renee R. Roth
165 West 66th Street
New York, NY 10023

NYS Supreme Court, First Department
Appellate Division
27 Madison Avenue
New York, NY 10010

Dan Ramos, John T. Buckley, Karla Moskowitz
And Lauren Holmes (sent separately)
NYS Supreme Court, Appellate Division
First Department
27 Madison Avenue
New York, NY 10010

Attorney General of the State of New York
120 Broadway
New York, NY 10004

Eric Reiss
60 Center Street, Room 242
New York, NY 10007

Eliot Spitzer
985 5th Avenue
New York, NY 10028

Theodore Prudon
135 West 70th Street, #6C
New York, NY 10025

Dr. Fred Anderson
1165 Fifth Avenue
New York, NY 10028

Hon. Jonathan Lippman
NYS Unified Court System
Office of Court Administration
25 Beaver Street
New York, NY 10004

Kenneth Wasserman
350 Fifth Avenue Suite 4810
New York, NY 10118

Eli Uncyk and Jeffrey Kofsky
555 Fifth Avenue, 18th fl
New York, NY 10017

Monica Anne Connell
Attorney for Webber, Santamarina
New York State Office of the Attorney General (24th Floor)
120 Broadway, 24th Floor
New York, NY 10271

Julia Danger
47, Avenue Mathurin Moreau
Paris, France 75019

Lawrence Mark
21 Quaker Ridge Road
Croton-on-Hudson NY 10520

Francesca Sabadie
1 Walworth Avenue
Scarsdale, NY 10583

Carl J. Schaerf
Schnader Harrison Segal & Lewis LLP
Attorney for Guide One Insurance Company
140 Broadway, Suite 3100
New York, NY 10005-1101