**AIMES Enterprises Inc.**
70-34A Austin Street - Suite BB - Forest Hills, NY 11375
Tel: (718) 263-3200 - Fax: (718) 263-3733

Dear Judge Mags;
This is the notice of my medical exam for injuries suffered in an accident; I must have the Oct. 28 conference changed. I am available November 16, 23 2009
Thank you for your consideration,
Elizabeth Comb[ier]

| | |
|---|---|
| File No: | 04TT011411 |
| Index No: | 101748/05 |
| Plaintiff: | ELIZABETH COMBIER |
| Defendant: | THE CITY OF NEW YORK |
| Aimes No: | 16493-8977 |

October 08, 2009

ELIZABETH COMBIER ( PRO SE )
315 EAST 65TH STREET
NEW YORK, NY 10065-

## NOTICE OF SCHEDULED PHYSICAL EXAMINATION

**MEMO ENDORSED**

Dear Sir or Madam:

At the request of Manhattan Trial Unit - NYC Law, your client has been scheduled for an Independant Medical Examination in connection with the above referenced matter.

Appointment(s) have been scheduled as follows:

| DOCTOR | ADDRESS | DATE / TIME |
|---|---|---|
| Dr. Donald R. Tanenbaum DDS  Dental / TMJ | 630 Fifth Avenue, Suite 1857 Rockefeller Center  New York, NY, 10111 | Wednesday, October 28, 2009  12:00:00 PM |

Your client must present a photo identification at the time of the examination.
If he / she is under 18 years of age they must be accompanied by an adult.
If necessary, please have an interpreter accompany your client to the exam.
If you have any questions regarding this appointment, please contact us at (718) 263-3200. Any cancellations of medical examination appointments must be made with this office at least three days prior to the appointment.

I understand that this appointment has been changed. Accordingly, ~~Wednesday~~ new conference before me will proceed as previously scheduled. Maas USMJ, 10/23/09

Sincerely,

Aimes Customer Service Department
Liability Division

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/09


RECEIVED
OCT 21 2009
PRO SE

Cc: Ms. Angela Gordon
   Manhattan Trial Unit - NYC Law

Plaintiff Attorney Fax