Elizabeth Combier
315 East 65th Street
New York, NY 10065
212-794-8902

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-09
```

October 26, 2009

Federal Magistrate Judge Frank Maas
500 Pearl Street
New York, NY 10007

Dear Judge Maas,

I have a doctor's appointment scheduled by the City of New York for October 28, 2009. I have submitted proof of this appointment, and yet on Friday evening I heard a message from your chambers that I had changed the appointment and therefore must attend the conference before you on October 28, 2009.

I demand information on why you believe that my appointment was changed, which it was not, at least I was not so informed.

Please re-schedule for November 16, 2009 as I cannot make the conference on October 28 or, I will have to pay the City of New York to adjourn my scheduled Dr. appointment.

In light of your actions, I have written a Motion for you to recuse yourself, attached. I am also contacting the Senate Judiciary Committee, the Committee on Judicial Conduct, and the Department of State, as I feel that you cannot be an impartial trier of fact in the matter that I brought to this Court.

Thank you for your consideration, and please let me know the new date, and how I can contact all the Defendants and their attorneys.

Respectfully,

*[signature]*
Elizabeth Combier

CC: Defendants listed in the caption
    Judge Richard Holwell

*[Handwritten annotation by Judge:]* Denied. Ms. Combier's "Notice of Scheduled Physical Examination" says on its face, "Any cancellations of medical examination appointments must be made with this office at least three days prior to the appointment." Accordingly, as of October 21, when she delivered her "proof" of an unrecorded cancellation (?), Ms. Combier had ample time to reschedule. FLM, USMJ, 10/26/09.

OCT 26 2009