UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

ELIZABETH COMBIER,                                    09 Cv 5314 (RJH)

                        Plaintiff,

        -against-                                    **NOTICE OF APPEARANCE**

THE STATE OF NEW YORK, et al.,

                        Defendant.

---------------------------------------X

        PLEASE TAKE NOTICE that defendants the State of New York;
former Governor Eliot Spitzer the Hon. Troy Webber; Maria
Santamarina; Barbara Levitan; the Hon. Renee Roth (retired
Surrogate's Court Judge); the Supreme Court, Appellate Division,
First Department; the Hon. Jonathan Lippman; the Hon. John T.
Buckley; the Hon. Karla Moskowitz, Lauren Holmes, Esq.(Principal
Court Attorney); Dan Ramos (Senior Appellate Court Clerk); and Eric
Reiss; hereby appear by the undersigned, whose address and
telephone number are as set forth below.  This appearance is
without prejudice to challenge personal or subject matter
jurisdiction in this action or to assert any and all other
applicable defenses.

Dated:    New York, New York
          October 27, 2009

                            ANDREW M. CUOMO
                            Attorney General of the
                             State of New York
                            <u>Attorney for State Defendants</u>
                            By:


                            _____
                                    /s/

                            Monica Connell (MC-9841)

```
                              Assistant Attorney General
                              120 Broadway
                              New York, NY 10271
                              (212) 416-8965


To:  Elizabeth Combier
     315 East 65th Street
     New York, NY 10065

     Kenneth T. Wasserman, Atty., at Law
     350 Fifth Avenue
     Suite 4810
     New York , NY 10018

     Jeffery H. Sheetz, Esq.
     Greenfield, Stein & Senior, LLP
     600 Third Avenue
     11th Floor
     New York , NY 10016

     Eli Uncyk, Esq.
     Uncyk, Borenkind & Nadler, LLP
     555 Fifth Avenue
     18th Floor
     New York , NY 10017
```