**MEMO ENDORSED**

Julia Danger
47 avenue Mathurin Moreau
75019 Paris, France

Docket no. 09 CIV 5314                        October 26, 2009

I am a resident of Paris, France and am presently in Paris so I will not be able to attend the conference October 28, 2009. All correspondence should be sent to the address shown above.

I intend to file a motion to dismiss and I have sent a letter indicating this to Judge Holwell along with the affirmation of service.

Respectfully,
Julia Danger

Ms. Danger is cautioned ~~instructed~~ that any future communications with the Court will be returned unread unless copies are also sent to the plaintiff and all other parties or their counsel.

F. Maas, USMJ,
10/28/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-09