SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway
Suite 3100
New York, New York 10005-1101
(212) 973-8000
(212) 972-8798 (fax)
By: Carl J. Schaerf, Esq.

*Attorneys for Defendants Guideone Insurance Company and Dr. Fred Anderson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH COMBIER,

                Plaintiff,

    -against-                                  **Case No.: 09- CV-5314 (RJH)**

THE STATE OF NEW YORK, ET AL.,              **NOTICE OF APPEARANCE**

                Defendant.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Schnader Harrison Segal & Lewis LLP hereby appears in the above-entitled action as counsel for Defendants Guideone Insurance Company and Dr. Fred Anderson and demands that all papers in this action be served upon the undersigned at the office and post office address stated below. This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated: New York, New York
       October 28, 2009                SCHNADER HARRISON SEGAL & LEWIS LLP

                                    By:  _____
                                          Carl J. Schaerf (CS-5031)
                                        140 Broadway, Suite 3100
                                        New York, NY 10005-1101
                                        Telephone: 212-973-8000
                                        Facsimile: 212-972-8798
                                        *Attorneys for Defendants* Guideone Insurance
                                        Company and Dr. Fred Anderson

To:  Monica Connell, Esq.
Assistant Attorney General
   of the State of New York
120 Broadway
New York, NY 10271

Elizabeth Combier
315 East 65th Street
New York, NY 10065

Kenneth T. Wasserman, Esq.
350 Fifth Avenue
Suite 4810
New York, NY 10018

Jeffery H. Sheetz, Esq.
Greefield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016

Eli Uncyk, Esq.
Uncyk, Borenkind & Nadler, LLP
555 Fifth Avneue
18th Floor
New York, NY 10017

PHDATA 3247322_2

SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway
Suite 3100
New York, New York 10005-1101
(212) 973-8000
(212) 972-8798 (fax)
By: Carl J. Schaerf, Esq.

*Attorneys for Defendants Guideone Insurance Company
and Dr. Fred Anderson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIZABETH COMBIER,

                      Plaintiff,

    -against-                         Case No.: 09- CV-5314 (RJH)

THE STATE OF NEW YORK, ET AL.,        NOTICE OF APPEARANCE

                    Defendant.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

    Claudia P. Manchola, being duly sworn, deposes and says:

    That she is not a party to this action, is over eighteen (18) years of age, resides in Queens County, Elmhurst, New York and that on the twenty-eighth (28th) day of October, 2009, she served the within **NOTICE OF APPEARANCE** upon:

                Monica Connell, Esq.
                Assistant Attorney General
                  of the State of New York
                120 Broadway
                New York, NY 10271

Elizabeth Combier
315 East 65th Street
New York, NY 10065

Kenneth T. Wasserman, Esq.
350 Fifth Avenue
Suite 4810
New York, NY 10018

Jeffery H. Sheetz, Esq.
Greefield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016

Eli Uncyk, Esq.
Uncyk, Borenkind & Nadler, LLP
555 Fifth Avneue
18th Floor
New York, NY 10017

by depositing a true copy of same securely enclosed in a postal delivery package in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
CLAUDIA P. MANCHOLA

Sworn to before me this
28th day of October, 2009.

_____
Notary Public

DEBRA ARROYO
NOTARY PUBLIC, State of New York
No. 24-4742650
Qualified in Kings County
Commission Expires Feb. 28, 20_10_