UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIZABETH COMBIER,             :

                Plaintiff,    :

   -against-                   :

THE STATE OF NEW YORK, et al., :

               Defendants.    :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-09
```

**ORDER**

09 Civ. 5314 (RJH)(FM)

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to the conference held earlier today, it is hereby

ORDERED that:

    1.    Plaintiff's motion to disqualify Assistant Attorney General Connell from representing the State defendants is denied.

    2.    By November 13, 2009, Plaintiff shall serve and file her second amended complaint.

    3.    By December 11, 2009, Defendants shall serve and file their motions to dismiss. Memoranda in support of those motions shall be limited to twenty-five double-spaced pages, with the exception of the State defendants, who may submit a single memorandum limited to thirty-five double-spaced pages.

    4.    By January 22, 2010, Plaintiff shall serve and file her opposition papers. Plaintiff's memorandum shall be limited to thirty-five double-spaced pages.

    5.    By February 5, 2010, Defendants may serve and file reply papers. All memoranda shall be limited to ten double-spaced pages.

6. All parties are reminded that because this case is brought <u>pro se</u>, the parties' papers should not be filed electronically using CM/ECF. Instead, copies of any documents submitted to the Court must be sent to all other parties via United States mail.

SO ORDERED.

Dated:   New York, New York
         October 28, 2009

_____
FRANK MAAS
United States Magistrate Judge


Copies to:

Honorable Richard J. Holwell
United States District Judge

Elizabeth Combier [by mail]
315 East 65th Street
New York, NY 10065

Monica A. Connell, Esq.
Assistant Attorney General
Fax: (212) 416-6009

Kenneth T. Wasserman, Esq.
Fax: (212) 244-0980

Jeffery H. Sheetz, Esq.
Greenfield, Stein & Senior, LLP
Fax: (212) 818-1264

Eli Uncyk, Esq.
Uncyk, Borenkind & Nadler, LLP
Fax: (212) 768-4469

Julia Danger [by mail and e-mail]
47 Avenue Matheiria Morau
75019 Paris, France

Carl Schaerf, Esq.
Scnader Harrison
Fax: (212) 972-8798

Francesca Sabadie [by mail]
One Walworth Avenue
Scarsdale, NY 10583