03/25/2006  20:07   12125173353   COMBIER   P.02

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-09
```

Elizabeth Combier
315 East 65th Street
New York NY 10065
212-794-8902

November 10, 2009

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

STIPULATION

RE: Combier v The State of New York et al.,
    09 CIV 5314 (RJH)(FM)
    Second Amended Complaint

We, the undersigned parties in the case cited above, agree to an extension of time for Plaintiff, due to illness, to submit her Second Amended Complaint to the United States District Court and all parties, on or before November 24, 2009.

This extension of time does not prejudice any party. Plaintiff agrees to extend the time for all Motions to Dismiss to December 22, 2009 to accommodate all Defendants.

It is agreed that a faxed signature is valid for purposes of extending the time for the Second Amended Complaint.

SO AGREED

_____
Elizabeth Combier
Plaintiff Pro Se
212-517-3353 (fax)
212-794-8902 (telephone)

_____
Monica Anne Connell
Attorney for all State Defendants
212-416-6009 (fax)
212-416-8965 (tel)

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ   11/11/09

03/25/2006 20:07  12125173353  COMBIER  PAGE 03/04
P.03/04

Carl Schaerf
Attorneys For Dr. Anderson, Guide One
Schnader, Harrison, Segal & Lewis
140 Broadway, Suite 3100
New York, NY 10005
(212)973-8000
Fax: (212)972-8798

*[signature]*
Jeffery H. Sheetz
Greenfield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016
(212) 818-9600
Fax: (212) 818-1264

Kenneth T. Wasserman, Atty., at Law
PRO SE
350 Fifth Avenue
Suite 4810
New York, NY 10018
(212)-244-3399
Fax: (212)-244-0980

Eli Uncyk, Jeff Kofsky
Uncyk, Borenkind & Nadler, LLP
555 Fifth Avenue
18th Floor
New York, NY 10017
(212) 575-1292
Fax: (212) 768-4469

Julia Danger
PRO SE
47 Avenue Mathurin Moreau
Paris France 75019

Received  Nov-11-2009  10:08am  From-  To-GREENFIELD STEIN & S  Page 003

03/25/2006 20:07 12125173589 Case 1:09-cv-05314-RJH-FM   Document 32   Filed 11/12/2009   Page 3 of 3 PAGE 04/04
SCHNADER HARRISON     FAR                    ☒003/004

NOV-11-2009 10:06                                                P.03

*[signature]*

Carl Schaerf
Attorneys For Dr. Anderson, Guide One
Schnader, Harrison, Segal & Lewis
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8000
Fax: (212) 972-8798


Jeffery H. Sheetz
Greenfield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York, NY 10016
(212) 818-9600
Fax: (212) 818-1264


Kenneth T. Wasserman, Atty., at Law
PRO SE
350 Fifth Avenue
Suite 4810
New York, NY 10018
(212)-244-3399
Fax: (212)-244-0980


Eli Uncyk, Jeff Kofsky
Uncyk, Borenkind & Nadler, LLP
555 Fifth Avenue
18th Floor
New York, NY 10017
(212) 575-1292
Fax: (212) 768-4469


Julia Danger
PRO SE
47 Avenue Mathurin Moreau
Paris France 75019