# Exhibit 1

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 3-9-10      │
└─────────────────────────┘
```

**MEMO ENDORSED**

Elizabeth Combier
315 East 65th Street
New York NY 10065
212-794-8902

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
FAX: 212-805-6724

March 7, 2010

*Given the volume of ~~documents~~ Motions in this case, we need to deal with applications in a logical order. After I deal with the motions to dismiss, I will deal with any remaining issues in due course. In the interim it is not the practice of this Court [I note that] to docket letters, unless a Judge specifically so directs or they are memo endorsed (as this letter is).*

RE: Combier v The State of New York et al.,
09 CIV 5314 (RJH)(FM)
Request for default judgment

All Defendants and their representatives have been faxed/emailed/sent by priority mail copies of this letter. The purpose of this letter is to request a pre-motion conference, pursuant to this Court's individual practices (see Rule 2. Motions), to discuss the issues below:

1. Default Judgment against Lawrence Mark
2. Sanctions Against Kenneth T. Wasserman and the Striking of his Motion Papers
3. A new cause of action for the deliberate altering of the record by Mary Santamarina in order to provide Defendants jurisdiction
4. Plaintiff's request to submit a Motion For Summary Judgment on the issue of Jurisdiction in the Supreme and Surrogate courts over the Objections to Probate and over Danger v Combier
5. The errors, omissions, and prejudice of the docket sheet and the docketing of Plaintiff's papers in this case.

*Maas, USMJ 3/9/10*

1. On March 7, 2010 I wrote a letter to your Honor and sent this letter to all Defendants explaining the reasons for my requesting a pre-motion conference on the issue of the default of Defendant Lawrence Mark. He has withheld my mother's property from me for twelve years, it is stored in his garage, and there are serious questions of theft in addition to this larceny of Defendants Wasserman, Mark, Danger, and the other Defendants. I once again request a pre-motion conference in accordance with your Rules on submitting to this court a Default Judgment of Lawrence Mark.

2. Kenneth Wasserman turned his Motion To Dismiss into a Motion For Summary Judgment, and this court requested all Defendants not do. He deliberately chose to bring into this Court a matter that will be litigated in the State Courts, namely his fraud and deceit in the lawsuit with the caption Combier v Wasserman, Danger. He is desperately trying to obtain jurisdiction for his filing unverified Objections in 2000. I request a pre-motion conference on striking his papers (and Danger and Sabadie, written by him), and sanctions.
First of all, Wasserman's Motion For Summary Judgment is defective in that he does not address my causes of action, he did not file a separate list of the non-disputed facts, as

required according to Federal Rules of Civil Procedure 56, and he did not ask for a pre-motion conference before your Honor, as you require. Certainly the issue of the stolen estate property and the jurisdiction of the New York State courts over the Objections are material facts that must be addressed. I believe that there is a triable issue of liability over the former issue, but there is no disputing the fact that there never was any jurisdiction assumed by any court over the Objections To Probate nor Danger v Combier. Secondly, the dismissal of Combier v Wasserman, Danger, is based on fraud and the perjury of Wasserman. I filed the lawsuit Combier v Wasserman, Danger, as is my right, after being subjected to the lies and deceit of Wasserman for twelve years, pursuant to Judiciary Law §487. This is not the first case filed against Wasserman for deceiving the courts of New York State. (See Seldon v Wasserman). I filed my case on September 9, 2009, and both Wasserman and Danger were served. On October 7, 2009 I bought the Request For Judicial Intervention. The Judge "assigned" to the case, Judge O. Peter Sherwood, received a call from Wasserman soon after. Barbara Dowd, the law clerk in Judge Sherwood's court, contacted Julia Danger about a conference that I asked for in my RJI for November 18, 2009. She never contacted me, but Danger sent me her letter in response to Dowd.

I had received only a Notice, from Wasserman, without any exhibits or motion, so I went to the Supreme Court on October 15 and spoke with personnel there. The source there told me that as Wasserman had not filed anything in the court, and as I had received no exhibits or motion, I had to wait for Wasserman to file something, and I actually could say to the court that I had not received anything. My sources told me that on October 14, 2009 the case had been put into e-file, despite the fact that I have no access to e-file. I downloaded the documents and name of the person who filed it on e-file, which was stored in the computer in Room 103B at 60 Center Street.

My sources, including Mr. Tom Garrett and Mr. Hayes in the Motion Support Office, then told me that this computer is only for the "general public", but the actual e-file was stored on the computer at the Law and Equity desk in Room 141B, next door. I asked to access the case on the computer in Room 141B, and that's when I read the Motion For Summary Judgment that was on e-file but not stamped by the court. I also looked in the file. There were no exhibits anywhere. As of October 15, 2009, nothing was filed by Wasserman in the court file. The Motion Support office had no calendar submission date listed at all. I asked for and received all documentation of this. The personnel in this office told me that if Wasserman came in on October 16 to file his papers for submission on Oct. 19, that he would be told to give me a new date for my reply. I never heard from him or the Judge until I received a call from Judge Sherwood's courtroom on or about November 10 that the case was dismissed. The part clerk called me and told me that there would be no conference because the case was dismissed by the Judge on November 6, 2009 after Wasserman submitted papers for a Summary Judgment. I was told not to show up, there was no case, it was over. I went to the court and saw that the calendar in the Motion Support office had been changed, and a submission date was on there for Oct. 19. This was put in after October 16, without anyone informing me. Evidently, according to my sources, on October 16, 2009 Wasserman filed and stamped his Motion For Summary Judgment and filed and stamped his Request for Judicial Intervention. Immediately below the statement that no other RJI was filed in the case (my RJI was filed and stamped on Oct. 7), Mr. Wasserman's signature appears, stamped October 19.

Mr. Wasserman was told, evidently, to give me until October 26 to respond to his papers, (I did not appear at the Oct. 19 submission because my youngest daughter had surgery that morning, 9AM, on her neck). I was never told about this.

Then on or about November 10 I was informed that on November 6, 2009 Judge Sherwood had dismissed the case. I called the court to demand the conference on November 18 as stated on my RJI, and was told not to show up by the part clerk. I showed up anyway, and the case was listed on the calendar outside of Judge Sherwood's courtroom. I documented this with a picture taken on my cell phone . I called Wasserman he was on the calendar but he told me he would not come in.

I argued that Wasserman never had been given jurisdiction any judicial proceeding. I told Judge Sherwood that simply placing unverified papers in a courtroom does not obtain jurisdiction. If this was the way the court worked, I could write a paper naming people I had issues with and walk through the hallways of the court and drop them off in each courtroom, thus gaining jurisdiction of all the judges in the Supreme Court. On this basis, he recalled his order, and set December 17 2009 as the hearing date.

On December 17 the transcript shows that Wasserman and Judge Sherwood would not permit me to say anything, and Wasserman deceived the Court once again. But Judge Sherwood had already heard my argument about Wasserman and his fraud. The transcripts of the November 18 and December 17 2009 hearings are being presented to the Chief Administrative Judge of the Supreme Court and the Senate Judiciary Committee on Thursday, March 11, 2010. This case is outside of this court's jurisdiction at this point and is not part of my Complaint. Wasserman is clearly and desperately trying to prove he and the State actors had immunity for actions cited in my Complaint.

If your Honor admits Wasserman's (and Danger and Sabadie's papers, which he wrote) Motion papers as part of the record in this matter, I respectfully ask for a pre-motion conference to oppose this, and to request that this court allow me to submit a Motion to Strike Wasserman, Danger, and Sabadie's papers from the record, and sanction Wasserman, Danger, and Sabadie for submitting papers with the case Combier v Wasserman, Danger as not part of the instant case.

3. Defendants cited the altered transcript stamped "August 13, 2009" as the only "official" record of the April 1, 2009 hearing. (Motions of Connell, Wasserman, Danger, Sabadie, Landsman). I have argued in my Opposition papers that the only change made from my "official" transcript, made by Ubicus from the "official" tape of the Surrogate Court, not the copy I made, was *the front page*. Defendants Wasserman, Danger, Sabadie, Webber, Santamarina and Levitan are obviously trying to give themselves immunity and freedom from liability by changing the titles of the people appearing in Surrogate's Court on April 1, 2009. Wasserman even threatens me in his papers to agree with him. This Court must not permit this.

On Tuesday March 2, 2010 I spoke with Ubicus about the change made to the transcript, and I was told that "the court", namely Mary Santamarina, had told them what to put on the front page.

On or about June 9, 2009, Mark Sabel in Room 303 at Manhattan Surrogate's Court also told me that Mary Santamarina was certifying the transcript with Ubicus.

The sole purpose for the above mentioned Defendants to change the front page of the transcript is to give jurisdiction where there never was any. For twelve years I have been the proponent of the Will of Julia Taschereau, and Wasserman even uses this term for me in his papers. I am not a "respondent". Wasserman is not the "Attorney for Petitioner" because he never filed any petition in any court. The reason why Santamarina would leave Mr. Peter Schram off of the front page is to erase him from the courtroom that day, April 1, 2009, due to the fact that she knows he had no business appearing there in the first place.

I request a pre-motion conference to discuss a new cause of action because of Monica Connell's submission of an altered, and false, representation into the record in order to gain jurisdiction for her clients.

4. I request a pre-motion conference to discuss my submission of a Motion For Summary Judgment on the issue of jurisdiction of Surrogate's Court over the Objections to Probate written by Wasserman in February 2000.

5. The docket sheet has errors, and omissions, that are prejudicial to me and my pursuit of justice in the instant case. I submitted my Opposition papers to the Motion To Dismiss/For Summary Judgment on February 16, 2010. I have a copy of the stamp from this Court, and copies of the proof of delivery to all the Defendants and their representatives. My papers have never been docketed by this Court. On February 23, 2009, I appeared at the Pro Se desk and asked where the papers were, and spoke with Mr. D'Agostino, supervisor. I also requested that he fix errors in the record. On Friday, March 5, 2010, in the morning at approximately 10:45AM, and again at 11:30AM, I called the pro se desk and asked to speak with Mr. D'Agostino, the Supervisor of Docketing. He told me to hold on while he spoke with your Honor's staff about where the papers were. He told me that a person in your Honor's chambers told him that one of the two copies of my papers and exhibits had been sent down to the pro se office for docketing, and he "would try to find out which desk they were sitting on." Until now, no one has called me back with this information.

Julia Danger wrote a letter to Judge Richard Holwell on August 21, 2009 that has never been docketed, and no Judge should keep correspondence from a party before the Court hidden from the other parties.

Monica Connell refuses to give the email address of Julia Danger. She is preventing Plaintiff from giving information to Danger in a timely fashion. She should be told to give this information to the court and to Plaintiff, even though she does not represent Danger, or this Court should order Danger to provide the email address.

I request a pre-motion conference to discuss my submission of a motion putting the entire record in this matter on PACER, so that the record can be repaired and I am equally represented before the Law.

Please schedule a pre-motion conference after March 23, 2010 to address each of these issues.

Thank you.

Respectfully,

Elizabeth Combier

Copies emailed to:

Monica Connell
Jeffrey Sheetz
Carl Schaerf
Kenneth Wasserman
Eli Uncyk and Jeffrey Kofsky
Jonathan Landsman
Francesca Sabadie

Sent by First Class Mail:

Julia Danger
Lawrence Mark
Courtesy Copy to Judge Richard Holwell

**Exhibit 2**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-10

**MEMO ENDORSED**

DEC 2⁹ 2009

Elizabeth Combier
315 East 65th Street
New York NY 10065
212-794-8902

December 27, 2009

ORIGINAL

The Honorable United States District Court
Judge Richard J. Holwell
Southern District of New Yo
500 Pearl Street
New York, NY 10007-1312

*.) The issues regarding the docketing of affidavits of service evidently have been resolved by modifications of prior docket entries that the Pro Se Office caused to me made.*

The Honorable Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*2) I have dealt with the handsman service concerns through my memo endorsement on his letter.*

*3) A letter from a pro se does not*

All Defendants by First Class Mail and *constitute an appearance. Accordingly,*
online at Parentadvocates.org *The relief requested referencing Ms. Danger is denied.*

RE: Combier v The State of New York et al.,
09 CIV 5314 (RJH)(FM)
Second Amended Complaint, extension of time

*Maas, USMJ, 1/6/10*

Dear Judge Maas,

All parties have been sent via first class mail exact copies of this letter and the attached documents.

On December 18, 2009 I received in the mail the attached endorsed memo (#1) written by you in response to my agreement to extend the time for the Defendants to answer my Second Amended Complaint, and the extension of time for my Answer, and the reply.

I have some concern about your endorsed memo, and I felt it necessary to bring my concern to your attention. You have written that the "docket sheet reflects the issuance of amended summonses but does not contain any entries reflecting actual service of the Second Amended Complaint."

My responsibility as the Plaintiff in the matter with Index number 09 CIV 5314 in the filing and serving of the Second Amended complaint is clearly described in the <u>Manual For Pro Se Litigants Appearing Before the United States District Court For The Southern District of New York</u> which I bought and read carefully, especially as far as service of summons and my Second Amended Complaint and Exhibits. Ms. Connell has made it very clear to me that this case will be dismissed by this Court.

1

On November 24 I followed the book on providing service of the summons and Second Amended Complaint with all Exhibits as stated on p. 60 of the Manual. Posr Posr provided service to: Mr. Jonathan Landsman at his new office with Judge Renee R. Roth at 260 Madison Avenue, NYC; Ms. Dorothy Henderson at 60 Center Street, NYC; and to The Presbytery of NYC at 475 Riverside Drive.

I was with Posr personally when he served Ms. Henderson, I was on my cell phone with him when he was at Mr. Landsman's office and then when he served the Presbytery. He met me back at the Court, and gave me the completed Summons documents, copies of which I have enclosed herein. I went to the Pro Se desk and submitted the documents at approximately 4:05 PM on November 24, 2009, the date that you gave me to complete the service of the Second Amended Complaint and all Exhibits. They stamped my copy of the affirmation of service given to me by Posr, and I assumed that they then filed the certificate of service and gave you your courtesy copy. (enclosed). All the stamped and filed documents are enclosed in this mailing to you and a copy is sent to all Defendants, as listed below as proof and for the record and my website.

I believe that all EXHIBITs were properly sent – except for EX 3A, p. 4 of EX. 8, and 10A, which are enclosed. Over the past eleven years of studying my own case as well as other cases in the law library of pro se Plaintiffs, I have made note of the fact that whenever a pro se Plaintiff writes anything, he/she is accused of being "confused"; whenever a pro se speaks, he/she is told that he/she is rambling, or incomprehensible; and, whenever a pro se sends exhibits, the receiver never gets the entire document. This pattern and practice is very clear. Therefore I have put all documents on my website, Parentadvocates.org, for the general public as well as for the record on this case.

On December 15 I called Mr. Landsman (I spoke with the receptionist at his office), Mr. Edmonds (Stated Clerk of the Presbytery – I spoke with Ms. Austin, his assistant) and Ms. Monica Connell, and all parties acknowledged receipt of the Summons and Second Amended Complaint. Ms Connell confirmed that Mr. Sheetz had, indeed, received the transcript of the April 1, 2009 Hearing in Surrogate's Court (EXHIBIT 12 – I have the audio cassettes of the almost two-hour hearing, as well). I left a message for Mr. Landsman and Mr. Edmonds to call me about the Notice of Appearance and Answer. Subsequently, Ms. Connell has filed her Notice of Appearance for Ms. Henderson and Guide One Insurance Company has filed the Notice of Appearance for the Presbytery and for Dr. Anderson, in his official capacity.

It is evident to me that both Mr. Lawrence Mark and Mr. Jonathan Landsman are not complying with the Rules of this Court. Mr. Mark was properly served the original Summons and Complaint, the Amended Complaint, and the Second Amended Complaint, with all Exhibits. He is a Defendant in the case at bar because he has collaborated with Mr. Wasserman, Mr. Schram, Ethel Griffin, and the Surrogate Court Defendants as well as Ms. Danger, to steal my mother's valuable property and withhold it from me. I brought a camera as well as Posr with me when I visited Croton in November 2005 and took pictures of the jewelry, composition of Arturo Toscanini, and valuable letters belonging to my mother's estate that Mr. Mark stored in his cold, unprotected garage. This property

2

was given to Ethel Griffin in July 2006 by Judge Roth who ordered that my mother's Will did not exist for 5 days (all my hospital records from Lenox Hill Hospital July 21-24, 2006 will be made available to all Defendants and this Court). After the five days, Judge Roth made the Will magically re-appear, but now the property in Croton was under the control and administration of Ethel Griffin who is still in control today. I have no information that any property was cared for and preserved. However, Mr. Mark was properly served all papers in a timely fashion, and I have requested previously that your Honor order him to respond, or that I may file a Default Judgment against him. I request for a second time that this court allow me to file a Default Judgment against Mr. Lawrence Mark.

Similarly, Mr. Jonathan Landsman has knowingly violated the Rules of this Court. Mr. Landsman was my attorney, and during the time that he was working with me, he abused me physically and verbally, and collaborated with the Surrogate's Court in making up legal actions that were frivolous, and without foundation. I wrote him letters about this, and I also wrote Judge Lippman. In 2005 Judge Roth ordered me to pay Mr. Landsman almost $8,000, or I would never get my documents back that he was holding and she would put me on trial. Ms. Dorothy Henderson called me several times with Mr. Landsman, urging me to pay Landsman's fees "or else there will be no probate". I refused then and I refuse now the extortion and fraud that I was and still am subjected to by Mr. Landsman as part of the scheme to have me lose all the property left to me by my mother.

Mr. Landsman now works in the same office with former Surrogate's Court Judge Renee Roth. I assume – or, at least hope – that my papers have moved from 42nd street to 260 Madison Avenue, with him. Nonetheless, he is not complying with the Rules of this Court, and I request that this Court start a proceeding for a Default Judgment against Mr. Landsman for not responding to my summons and complaint, properly served in a timely manner, in his office. (See Amended summons and complaint, enclosed herein).

On December 23, 2009 I personally made a visit to the Pro Se desk, and a person there pulled the entire file of this case. She showed me the stamped and filed Affirmation of Service that Posr filled out and told me that the error was theirs - that there was a docketing mistake - and that she would take care of the error on the docket sheet immediately. As of late evening on Sunday, December 27, 2009, this has not been fixed. Therefore, I am sending to you a copy of the stamped and filed affirmation of service on all Defendants of the Second Amended Complaint and all Exhibits and I would request that you let me know how to fix the error of the Pro Se desk personnel.

There seems to be a docketing error with the Notice of Appearance of Julia Danger as well. I am including a copy of the letter that Julia Danger sent to you, Judge Maas, which you copied for me after I told you that I had not received it. In this letter Ms. Danger says she has also written Judge Holwell, so I am sending the letter that she sent to me that was sent to Judge Holwell. Ms. Danger has made a Notice of Appearance in this letter, On November 24, 2009 I asked the Pro Se desk at the Court why Julia Danger was not listed as making a Notice of Appearance, and I told the people at this desk that she had written

3

Judge Holwell, and they told me that "Judge Holwell must be holding her letter in his Chambers."

This makes no sense. Please inform the people who docket documents to put Ms. Julia Danger on the docket of this case as representing herself pro se. She is a Defendant in this matter. She has been sent copies of all documents and the schedule that you have ordered for the Answer and reply to my Second Amended Complaint.

Enclosed in this mailing:
1. Judge Maas' endorsed memo dated December 16, 2009.
2. Stamped Affirmations of Service to all Defendants.
3. EXHIBITS 3A, 7 (p. 4), 8 (entire Will), 10A.
4. Copy of Ms. Danger's letter to Judge Maas, with memo from Judge Maas.
5. Copy of the letter sent by Ms. Danger to Judge Holwell

Thank you for your consideration and attention to the matters described above,

Respectfully,

Elizabeth Combier
PRO SE
315 East 65th Street
New York, NY 10065

Copies sent with all enclosures by First Class Mail to:

Monica Anne Connell
Attorney for all State Defendants
120 Broadway, 24th floor
New York, NY 10271

Carl Schaerf
Attorneys For Dr. Anderson, Guide One, Presbytery of NYC
Schnader, Harrison , Segal & Lewis
140 Broadway, Suite 3100
New York , NY 10005

Jeffery H. Sheetz
Attorneys for Schram, Griffin
Greenfield, Stein & Senior, LLP
600 Third Avenue , 11th Floor
New York , NY 10016

Kenneth T. Wasserman, Atty., at Law

4

# Exhibit 3

Storage bins filled with priceless letters
belonging to the estate of Julia Tavchereau

Location: garage of Mr. + Mrs. Lawrence Mark







Picture:

Priceless original piece of music written
by Arturo Toscanini to "Julie" - Julia
Strauss.
        Value - Priceless
        Location - Home of Mr. + Mrs. Lawrence Mark



Sample of some of the priceless letters
belonging to Julia Taschereau, stolen
by Mr. and Mrs. Mark





Papers
belonging
to
the
estate
of
Julia
Tascheleau





Priceless
music box
circa
early 1900's

movies
from
1950's
of
Julia
Taschereau's
daughters

# Exhibit 4

A - 90



BEIS-

I need you to get the
letters back from Jill
PLEASE

ME

-2-

irrelevant to his purpose, or at least not to be as important as his preliminary announcement.

Thanking you again, believe me,

Sincerely yours,

*[signature]*

The Editors of The Villager,
Katonah, New York.

sent me the French copy
from the Gazette and
I have since translated
it to the best of my
ability. I know what
an appreciative admirer
you are of Mr Paderewski
and (should you not
have seen this) feel
that it might give
you pleasure. Having
only one copy of the
french, I would ask
you to return it, but
the English translation

You might keep.

I do so enjoy The
Villager, which is
always so suggestive
and satisfying, and
would be very glad
to know who writes
the Nature articles

With kind regards

Very sincerely yours

Eleanor Blodge[tt]
pe[r]

the country to-morrow,
My future address will
be — Miss Eleanor Blodge
Cherry Hill Cottag
Stockbridge
Mass

OYSTER BAY
LONG ISLAND, N.Y.

August 29th, 1917.

My dear Mr. Strauss:

I am really obliged to you
for that admirable article.

With hearty thanks,

Faithfully yours,

*Theodore Roosevelt*

Mr. Lemuel Strauss,
The Villager,
Katonah, N.Y.

*But we need one
tongue for cultural, no less than
for political purposes; Herman Hage-
writes in English — if he tried to
write in both English & German
he wouldn't produce literature
in either tongue.*

May 27 - 19

My dear Mr Shaun

Having long enjoyed
the Villager, I am
wondering if you would
be interested in seeing
(to my mind) a very
beautiful tribute That
was made by Mr
Paderewski in the
Gazette de Lausann
to Sienkiewicz

Madame Paderewski

THE WHITE HOUSE
WASHINGTON

November 19, 1923.

My dear Mr. Strauss : —

The President asks me to acknowledge
the receipt of your note of November 16th,
with which you enclose to him some recent
copies of "The Villager". He found all of them
interesting, but was particularly delighted
with the philosophical—whimsical treatment
of the public attitude toward himself in the
leading article of October 6th.  He wishes me
to thank you, and to express the hope that
when you have other matter of equally
attractive character you will be kind enough
to favor him with a copy.

Most sincerely yours,

C.B.Slemp

Secretary to the President.

Mr. Samuel Strauss,
Care The Villager,
Katonah, N. Y.

77 RHODE ISLAND AVENUE

NEWPORT, R. I.

May 7th, 1925.

Dear Sir:

Will you please send a years subscripti
to the VILLAGER to Miss Martha C. Vail, 116 East
63rd Street, New York City.  I have told her it i
coming.

Also please send one copy of the numbe
published Saturday April 4th to Mr. Thomas,
Diamond Place Providence.

I have felt for a long time disposed
to write and tell you how much Admiral Sims and I
enjoy your publication, but now I thin I prefer t
be in the class of the small boy mentioned in the
article entitled "Two Children on the Train" than
his sister, and therefore shall not attempt to te
you how stimulating we find the little paper.

Yours very truly,

*Anne H. Sims.*

O. W

Mrs. William S. Sims.

1925

THE VILLAGER

VACHEL LINDSAY
603 SOUTH FIFTH STREET
SPRINGFIELD, ILLINOIS

November 9, 1917

Mr. Samuel Strauss:

Katonah, New York :

My Dear Friend: Let me congratulate you
most heartily on The Villager . You are a man after my own
heart . So far as I know you are the first to take up with
my idea, *produced 1910 —* after so long a time . I am sorry not to be able to
send you a copy of the Village Magazine, but it was out of print
ages ago . If you care to go to the *New York* Public Library you will
find the essential editorial and some of the pictures reproduced
~~in Literature for March 1917~~

~~most gratefully . And now I remember that the New York Public~~
library has a copy of the *Village* Magazine on file .

Avowedly and of design there was to be but one number , and
I spent six months getting it up and a year paying for it . But
I wanted to develop the village and local idea, and took this
means of doing it . I had seen so many artistic magazines
fail after six months that in a kind of irony, I decided to
put six months work on one issue and let it go at that .

You are starting in a quiet conservative simple way that
I think you could keep up for some time , and exactly such
a paper as I suggested should be started as the successor to my
own, if any one choose to be inspired by the idea . But I do not
mean to accuse you plagurism . Far from it . But you are doing
what I hoped to have done .

RACHEL LINDSAY
603 SOUTH FIFTH STREET
SPRINGFIELD, ILLINOIS

In general   the culture of America is too   centralized and not
enough localized .  .You will find  what I have to say about
that in Adventures While Preaching the Gospel of Beauty, especially
in the last part .

And I am even now writing a kind of prose Utopia  called
The Golden Book of Springfield, which  I hope to have done in a
year , which  will advocate such enterprises as you have just
now started in the Villager .   Your neighbors will be the
last to like the Villager, but the whole American art question
is tied up in the final victory over them  . When you have won
them you have really won America and untill you have  won them
America , real   America ,remains   unmoved .

I suggest that the Villager offer a  prize to the local
art club   for the best design for a town flag,   the design  to
be decided by their committee , and the field open to all the  state
as far as submitting designs are concerned . Our local art
club     offered one hundred dollars prize  for this, have
just secured the flag that seems to give general satisfaction,
and the presentation to the city is this evening .

Very sincerely

Nicholas Vachel Lindsay

MRS. THOMAS A. EDISON
LLEWELLYN PARK, WEST ORANGE
NEW JERSEY

February 4th 1929

Editor of The Ledger
Rat moh. n. y.
Dear Sir
    Mrs. Thomas A. Edison wishes
me to write to you and thank
you for sending her the four
issues of the Ledger.
    Yours truly,
        Catharine Righere
        For Mrs. T. A. Edison

TELEPHONE:
3 BOAR'S HILL.

HILL CREST,

BOAR'S HILL,

OXFORD,

Dear Editors,

Thank you for your letter.

May this cheque become my subscription to the *Villager*?

Yours sincerely
an author.

John Masefield, Esq.

PAID

OCT 30 1923

THE VILLAGER

Chilswell · Oxford England          Private
Jan 11. 1925

Dear Sir — I thank you for sending me 3 numbers of the Villager — and for the interest that you have shown in noticing the Chilswell Bk of Poetry for Schools, and, so far as modesty will allow me, for the incidental appreciation of my poems. — I do not forget your communication to me when I was at Ann Arbor, and I have a note of it that I promised to write you information last July on the project of the Society for Pure English, your interest in which is very useful.

When I returned from America I was much more occupied than I had foreseen : and there has been nothing very definite to announce. — I had satisfactory consultation with the members of the American Committee, and I think all is going well : but the trouble-ness of any organisation for active work and international co-operation is very difficult — for, as you know the scheme of the S.P.E is to have a "Democratic" organisation and an "open court", whereas the learned societies in England are pressing for an "Academical" committee, to which we cannot and shall never agree ⚫.

One great advance has been made. There is naturally ~~xxxxxxxxxx~~ in America a section of the people

who, as I think rightly, have a strong objection to British
& English influence in the matter of "dialect". This
objection has been scientifically divided on our principles;
and appeals to both parties. This next Autumn will,
I have no doubt, see the American section satisfactorily at
work.

As for numbers, our Tract XIX has been delayed by the
illness of a promised contributor, but is now in the Press.
Tract XX will be an Index number: and XXI will
start a new series with a very definite restatement of our
policy and work: and this will be out before Easter.
It will be a special appeal with suggestions to those who
wish to assist us.

Your "Village" interests me. A spirited sketch no
doubt about it. and I should like to see more of it. So I
am sending you a cheque for one year's subscription; and
shall be much obliged to you for it, for we have the paper
sent to me for as long as the subscription will hold out.

Thanking you again for your kindness and interest in
our work. I am yours truly Robert Bridges.

May I ask you to accept the enclosed latest photograph of
myself (in my library) — these copies cost me a dollar
for a dozen of them. Study comparative prices!

HILL CREST.

BOAR'S HILL.

OXFORD.

Dear Sir,

In your issue of June
16th, you, or one of your
company, paid me a most
gracious and generous compli-
ment, which was none the
less sweet for being more th
my merits.

If it would not be a
betrayal of editorial conf

A-80

dence, I would like to be put into touch with this un- writer. One meets with few friends of this kind . life: one ought not to miss those who appear even a a distance.

I ask you to let this letter with my thanks, go to the writer of the tribute, so th at least he or she may th me grateful.

I once stayed in Katonah

A-81

TELEPHONE:
3 BOAR'S HILL

HILL CREST,
BOAR'S HILL.
OXFORD.

and wandered over that country
looking for work, + sometimes
finding it.

Yours sincerely,

John Masefield.

TOUR OF
# WALTER HAMPDEN
SEASON of 1922-23

S. M. WELLER
PERSONAL REPRESENTATIVE
121 WEST 39TH STREET     NEW YORK
PHONE PENNA 3270

MAY 1923
THE VILLAGER

Ridgefield - Conn.
may 25. 1923.

Dear Villager -

Of course I want you to continue
to send The Villager - I should miss
it more than I can say - I have
read it with the keenest interest,
pleasure and profit - You have
become a good friend -

Cordially yours

Walter Hampden

THE WHITE HOUSE
WASHINGTON

Dwight Eisenhower

WITH THE COMPLIMENTS

OF

THE PRIME MINISTER



**1035 Second Avenue, Suite 2 North**
**New York, New York 10022**
**Tel: 212-293-0300 • Fax: 212-293-0558**

December  19, 1996

Mrs. Julia Taschereau
#18D

Dear Mrs. Taschereau,

    We are in receipt of your request that your daughter Elizabeth Combier have the right to ownership of your apartment after your death or should you become incapacitated.

    We have given this request to the Board of Trustees.


Leonard DeLuca
Senior Vice President, R.A.M.



**ELM**
**MANAGEMENT**
**ASSOCIATES, INC.**

1035 Second Avenue, Suite 2 North
New York, New York 10022
Tel: 212-293-0300 • Fax: 212-293-0558

June 12, 1997

TO:   ALL RESIDENTS
      201 East 77th Street

Dear Resident:

Management is in the process of compiling an updated list of all home and business telephone numbers of all residents as well as the name and telephone number of a person to be contacted in case of an emergency situation. This information would be strictly confidential and accessible to Management and Mr. Ryan, the Resident Manager.

In addition, it has come to Management's attention that there are a few residents who have not given a key to the Resident Manager to be used for emergency situations only, e.g., leaks, floods, etc. In case of an emergency, the Resident Manager would be able to enter your apartment and, if a leak is involved, be able to minimize damage.

While the Management would prefer that keys be given to the Resident Manager, you may, if you wish, give a key to a neighbor and notify the Resident Manager accordingly. Be reminded, however, that should you fail to provide the Resident Manager with a set of keys (or a neighbor), and access is required due to an emergency, any costs involved will be charged back to you.

Please fill out the bottom portion of this letter and return same to the Mr. Pat Ryan as soon as possible.

Sincerely,

*Leonard De Luca/p*

Leonard DeLuca
Senior Vice President, R.A.M.

Name: _Elizabeth Combier_   Apt. No. _18 D_

Telephone No.: (Home) _212 794 8902_ (Office)_____

In case of Emergency:_____
                        Name                        Telephone No.:
Emergency access keys have been given to : _Doormen_   Apt. _____

e-mail: elmma@ix.netcom.com • website: http://www.elmma.com/elmma

Westchester 111 Brook Street, Scarsdale, NY 10583 • Tel: 914-472-3434 • Fax: 914-472-9033
Financial 1983 Marcus Avenue, Suite C-136, Lake Success, New York 11042 • Tel: 516-358-3600 • Fax: 516-358-0130



Mr Leo Frantzman
201 East 77 Street
New York, NY 10021

Oct. 31, 1997

Dear Mr. Frantzman -

Please make my daughter Elizabeth Combies, "Joint Tenant" with rights to survivorship to Apt. 18D. Her telephone number is 794-8902 - Please call her with any questions.

Cordially -

Jutta Foschmeea

# Exhibit 5

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

Elizabeth Combier

*Plaintiff*

Civil Action No.:

v.

09 Civ. 5314 **(RJH)(FM)**

See Attached

*Defendant*

## AMENDED SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)



A lawsuit has been filed against you.

      Within 20 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are: ***PRO SE* ELIZABETH COMBIER**
                          **315 East 65th Street**
                          **New York, NY 10065**
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## J. MICHAEL McMAHON

CLERK OF COURT

Date: **NOV 2 4 2009**

Signature of Clerk or Deputy Clerk

I RECEIVED a summons & complaint in Combier v State of New York ... Jonathan Lindemann, et. al, 09 cv 5314 (RJH)(FM) on 2009.11.24 @ 1:35 pm

Warren Trott

WARREN TROTMAN 17FL

Mail room supervisor

Affidavit of Service

ON   Jonathan Landsman
[Combier v NYS et al   09 cv 5314 (RJH)(FM)

On November 24th, 2009 at approx 1:35pm I, Posr A. Posr
arrived at 260 madison, 18th Floor, NY., NY and secretary
Michelle Perez called Jonathon Landsm and she
reported to me that Mr. Landsman authorized the
mailroom to accept service of the legal papers I
brought to serve him. In the mail room I handed the
summons & complaint to mail center clerk Warren
Trotman on the 17th Floor.

While in front of clerk Trotman Mr. Landsman opened
the mailroom door saw me, froze, and left very
hurriedly. Mr. Trotman called Ms. Perez who confirmed
that Landsman had authorized the mailroom to
accept.

Posr A. Posr                    2009.11.24

State of New York
County of New York

Sworn to before me this
24 day of Dec 2009

NOTARY PUBLIC

Affidavit of Service
on Presbytery of New York City
[ Combier v NYS et al   09 cv 5314 (RJH)(FM)

On November 24, 2009 @ approx. 2:42 pm @
the entrance of 61 Claremont Ave, NY, NY, General
Administrative Assistant Shirley Fleming was
asked by me if she had been told by Mr. Edmonds,
stated Clerk, that she could accept legal papers.
She said she would ask him. She returned about
2 minutes later and said he authorized her to
accept service and I handed her the summons
& complaint.

_____
Posr A. Posr

2009.11.24

State of New York
County of New York

Sworn to before me this
__ day of Nov 20 09

_____
Notary Public

**MATTHEW KOENIG**
Notary Public, State of New York
Reg. No. 04KO6211943
Qualified in New York County
Commission Expires Sept. 23, 20__

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dorothy Henderson

was received by me on *(date)* 2009. 11. 24 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ANN Hughes , who is

designated by law to accept service of process on behalf of *(name of organization)* Dorothy Henderson

law clerk for Hon. Kotelora on *(date)* 2009. 11. 24 ; or AT

☐ I returned the summons unexecuted because 60 Centre St. Rm 325 NY N.Y. ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2009. 11. 24    _____
                        *Server's signature*

                        Posr H. Posr
                        *Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

J. MICHAEL McMAHON

State of New York
County of New York

Sworn to before me this
24 day of __ 20__

MATTHEW KOENIG
Notary Public, State of New York
Reg. No. 04KO6211943
Qualified in New York County
Commission Expires Sept. 23, 20 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

ELIZABETH COMBIER,

                    Plaintiff        DOCKET NO. 09 CIV 5314 (RJH)(FM)

      -against-

THE STATE OF NEW YORK,  SUPREME COURT
OF THE STATE OF NEW YORK APPELLATE
DIVISION FIRST DEPARTMENT, HON, JOHN T.
BUCKLEY, in his individual and official capacity, HON.
KARLA MOSKOWITZ, in her individual and official
Capacity, ELIOT SPITZER, in his individual and
Capacity, ERIC REISS, in his individual and official
Capacity,LAUREN HOLMES, in her individual and official
capacity, DAN RAMOS, in his individual and official
capacity, HON. JONATHAN LIPPMAN,
in his individual and official capacity as the former
Presiding Judge of the New York Supreme Court,
Appellate Division, First Department, HON RENEE
R. ROTH, in her individual and official capacity
as the former Manhattan Surrogate Court Judge,
HON. TROY WEBBER, in her individual and
official capacity, BARBARA LEVITAN, in her
individual and official capacity, MARY SANTAMARINA, Esq
in her individual and official capacity, ETHEL GRIFFIN,
in her individual and official capacity, PETER SCHRAM,
in his individual and official capacity, DR. FRED
ANDERSON, in his individual and professional capacity,
KENNETH WASSERMAN, in his official and individual
capacity, FRANCESCA SABADIE, individually,
LAWRENCE MARK, individually, JULIA DANGER,
individually, ELI UNCYK, in his individual and
professional capacity, JEFF KOFSKY, in his individual
and professional capacity, JONATHAN LANDSMAN, in his
individual and professional capacity, DOROTHY HENDERSON
in her individual and professional capacity, GUIDE ONE
INSURANCE COMPANY, PRESBYTERY OF NEW YORK CITY,

**SECOND AMENDED
COMPLAINT**

*JURY TRIAL DEMANDED*



               Defendants

———————————————————————————x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

ELIZABETH COMBIER,

                    Plaintiff                DOCKET NO. 09 CIV 5314 (RJH)

      -against-

                                    **AFFIRMATION OF SERVICE**

THE STATE OF NEW YORK,  SUPREME COURT
OF THE STATE OF NEW YORK APPELLATE
DIVISION FIRST DEPARTMENT, HON, JOHN T.
BUCKLEY, in his individual and official capacity, HON.
KARLA MOSKOWITZ, in her individual and official
Capacity, ERIC REESE, in his individual and official
Capacity, LAUREN HOLMES, in her individual and official
capacity, DAN RAMOS, in his individual and official
capacity,ELIOT SPITZER, in his individual and
official capacity, as the former Attorney General
of the State of New York, HON. JONATHAN LIPPMAN,
in his individual and official capacity as the former
Presiding Judge of the New York Supreme Court,
Appellate Division, First Department, HON RENEE
R. ROTH, in her individual and official capacity
as the former Manhattan Surrogate Court Judge,
HON. TROY WEBBER, in her individual and
official capacity, BARBARA LEVITAN, in her
individual and official capacity, MARIA SANTAMARINA, Esq.,
in her individual and official capacity, ETHEL GRIFFIN,
in her individual and official capacity, PETER SCHRAM,
in his individual and official capacity, DR. FRED
ANDERSON, in his individual and professional capacity,
KENNETH WASSERMAN, in his official and individual
capacity, FRANCESCA SABADIE, individually,
LAWRENCE MARK,  individually, JULIA DANGER,
ELI UNCYK, in his individual and professional
capacity, JEFF KOFSKY, in his individual and
professional capacity, JONATHAN LANDSMAN,
in his individual and professional capacity,
DOROTHY HENDERSON in her individual and
professional capacity, GUIDE ONE INSURANCE
COMPANY, PRESBYTERY OF NEW YORK CITY,

                        Defendants

———————————————————————x

**I, Elizabeth Combier, affirm under penalty of perjury** that

I have served a copy of the Second Amended Complaint and

all Exhibits upon the Attorneys and Defendants named in the

caption at the addresses listed below by First Class Mail

sent from the United States Post Office on November 23,

2009.

I declare under penalty of perjury that the foregoing is

true and correct.

Dated: New York, NY

      November 23, 2009

315 East 65th Street
New York, NY 10065
212-794-8902

Jeffery H. Sheetz
Greenfield, Stein & Senior, LLP
600 Third Avenue
11th Floor
New York , NY 10016

Kenneth Wasserman
350 Fifth Avenue Suite 4810
New York, NY 10118

Eli Uncyk and Jeffrey Kofsky
555 Fifth Avenue, 18th fl
New York, NY 10017

Monica Anne Connell
New York State Office of the Attorney General (24th Floor)
120 Broadway, 24th Floor
New York , NY 10271

Dr. Fred Anderson
1165 Fifth Avenue
New York, NY 10028

Julia Danger
47 Avenue Mathurin Moreau
Paris France 75019

Lawrence Mark
21 0 Quaker Ridge Road
Croton-on-Hudson NY 10520

Francesca Sabadie
1 Walworth Avenue
Scarsdale, NY 10583

Carl J. Schaerf
Schnader Harrison Segal & Lewis LLP
Attorney for Guide One Insurance Company
140 Broadway, Suite 3100
New York, NY 10005-1101

Courtesy Copy
Judge Richard J. Holwell
500 Pearl Street Room 1950
New York, NY 10007

Magistrate Judge Frank Maas
500 Pearl Street
New York, NY 10007

In The United States District Court
The State Of New York
Southern District Of New York

| | |
|---|---|
| Elizabeth Combier | AFFIDAVIT OF SERVICE |
| Plaintiff | Documents Served: |
| vs. | Amended Summons and |
| The State of New York, et al. | Amended Complaint |
| Defendant | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

## POSTED

On the 24th of August 2009 at address of 2110 Quaker Ridge Rd, Croton On the Hudson, NY 10520at 11:10am this declarant served the above described documents upon Lawrence Mark, by affixing a true copy thereof to the door of the above address; said address being the usual place of abode of the defendant.

The deponent was unable with due diligence to find the respondent or a person of suitable age and discretion thereat.
Due Diligence;
8/20/2009 at 9:50pm No Answer
8/21/2009 at 7:45am  No Answer
8/22/2009 at 10:50am No Answer

A neighbor confirmed by postman.

Military Status: _____ in military ___X_ not in military
The Deponent enclosed a true copy of same in properly addressed to the defendant/respondent at the defendant's respondent's actual place of residence as listed above and mailed by first class, said documents in a post office or official depository under exclusive care and custody of the United States Postal Service within the state of New York. The envelope did not indicate that the communication was from an attorney and was marked Personal and Confidential.

Declarant hereby states under penalty of perjury under the laws of the State of New York that the statement above is true and correct.

DATED this Monday, August 24, 2009

_____

Steven DiMauria

SUBSCRIBED AND SWORN to before me the Monday, August 24, 2009

_____

Gail Kagan
Notary Public in the State of New York
Qualified in the County of Westchester
Commission Expires June 23rd 2011
Reg# 01KA6094470

 **UNITED STATES POSTAL SERVICE** ®

Home | **Help** | **Sign In**

**Track & Confirm**                    **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **0308 0660 0001 4292 3361**
Class: **Priority Mail** ®
Service(s): **Delivery Confirmation** ™
Status: **Delivered**

Your item was delivered at 9:12 AM on December 30, 2009 in CROTON
ON HUDSON, NY 10520.

**Detailed Results:**

* **Delivered, December 30, 2009, 9:12 am, CROTON ON HUDSON, NY 10520**
* **Arrival at Post Office, December 30, 2009, 8:15 am, CROTON ON HUDSON, NY 10520**
* **Acceptance, December 28, 2009, 11:42 am, NEW YORK, NY 10021**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go* >

Track & Confirm

Enter Label/Receipt Number.

*Go* >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0309 1830 0000 8716 6413**
Class: **Priority Mail**®
Service(s): **Delivery Confirmation**™
Status: **Delivered**

Your item was delivered at 8:42 AM on February 18, 2010 in CROTON
ON HUDSON, NY 10520.

**Track & Confirm**

Enter Label/Receipt Number.

_Go >_

**Detailed Results:**

- **Delivered, February 18, 2010, 8:42 am, CROTON ON HUDSON, NY 10520**
- **Arrival at Post Office, February 18, 2010, 7:29 am, CROTON ON HUDSON, NY 10520**
- **Processed through Sort Facility, February 17, 2010, 12:34 pm, KEARNY, NJ 07032**
- **Processed through Sort Facility, February 17, 2010, 3:17 am, BETHPAGE, NY 11714**
- **Acceptance, February 16, 2010, 9:40 pm, NEW YORK, NY 10199**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   _Go >_

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA    

A-87

# VISIT TO LARRY MARK's house
## NOV 2005

1. music box
2. Arturo Toscanini   in black frame
   "pour la petite Julia Strauss"

3. Pictures:
   1. Irene Rosenfield
   2. Nanny Schloss Strauss married Moses Strauss
   3. pictures
   4. envelope manila envelope
   5. "A Line A Day" Irene Strauss 1933 brown diary
   6. File for records - black
   7. A line A Day black diary
   8. A second line red diary
   9. 3 cupola
   10. Edward Bernays
   11. burgundy diary from Julia
   12. "merry thoughts" Irene Rosenfield 1900
   13. New Testament with inscription from President Roosevelt
   14. 5 passports - mom
   15. bag of diaries from Julia
   16. white jewelry box
   17. Chanteder
   18. 8 mm movies
   19. box of china angels, figurines, etc. elephant, Hummel
   20. bag of pictures - Ste Adele
   21. bag of photos + letters
   22. The Villager newspaper May 2/1925
   23. Julia + Hodges June 1 1948

A-88

24. Films
25. scrap book - Republican club 1930's
26. old photos
27. blue suitcase - pictures
28. red suitcase - four leaf clovers
29. green scrapbook - newspaper
    clippings from 1917 - 199
30. Vachel Lindsey

<u>Red notebook</u>

with best wishes John F. Kennedy
Johnny Washbrook "my Friend Flicka"
Sandy Dennis autograph
Hugh Downs
Peter Morelli
Ann Whitman letter Dec. 4 1958
The White House Jerry Ford
  US Senate H.C. Lodge
Walter Hampton letter May 25 1923
Mrs. Thomas Edison Feb 4th 1924
Robert Midpos tetler
Owen Wister Dec 31 1923
Anne Sims May 7 1925
Madame Podevenski 1925
Vachel Lindsey 1917

Villeper/newspaper articles 1919-21

A-89

1. Joseph Benton
2. August M Stanley
3. Friedrich Richardson
4. W.H. Frannce
5. Eleanor Blodgett
6. SA. Jonas
7. Geo. W. York
8. The Outlook Company
9. Harold T. Pulsifer
10. Garrett Garrett
11. F. A. Walker
   Horace B. Dening
13. Margaret B. Robinson
14. G. Peabody Gardiner
15. Mary Augusta Clark
   Alice Moore
17. Hewlett Aleend
18. Leo James,
19. Mc O Rossie
20. Frank D'Lowden
21. Louisa Whiting
22. ER Johnson
   Robert Bruce

14 78 records containers
blue jewelry box