PLEASE DOCKET
AND PLACE IN
COURT FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ELIZABETH COMBIER,

#91

                 Plaintiff,               Case No. 09 CiV 5314 (RJH) FM)

    -against-

THE STATE OF NEW YORK, et al.,           NOTICE OF MOTION

                 Defendants.
-------------------------------------------------------x

[STAMP: U.S. DISTRICT COURT FILED JUN 25 2010 S.D. OF N.Y.]

PLEASE TAKE NOTICE that, upon the annexed declaration of Julia Danger,

dated January 8, 2010, the undersigned will move before this court on a date to be

set by the presiding judge, at 9:30 a.m., at the Courthouse, 500 Pearl Street, New

York, New York 10007, for an order pursuant to Fed.Rules Civ.Proc. Rule 12(b)(6),

dismissing the Second Amended Complaint against her, on the grounds of failure to

state a claim upon which relief can be granted, and on related grounds.

Dated:  Paris, France
         January 8, 2010

By: Julia Danger
47 Avenue Mathurin Moreau
75019 Paris, France
011-33-1-42-40-81-54

TO:   Elizabeth Combier
     Plaintiff Pro Se
     315 East 65th Street, Apt. 4C
     New York, NY 10065

     Kenneth T. Wasserman, Atty.,at Law

350 Fifth Avenue, Suite 4810
New York, NY 10018

Monica Connell, Esq.
Assistant Attorney General
Attorney for State Defendants
120 Broadway
New York, NY 10271

Jeffery H. Sheetz, Esq.
Greenfield, Stein & Senior, LLP
Attorney for Griffin and Shram
600 Third Avenue 11th Floor
New York, NY 10016

Eli Uncyk, Esq.
Uncyk, Borenkind & Nadler, LLP
Attorney for Uncyk and Kofsky
555 Fifth Avenue 18th Floor
New York, NY 10017

Carl J. Schaerf, Esq.
Schnader Harison Segal & Lewis LLP
Attorney for Guide One and Anderson
140 Broadway, Suite 3100
New York, NY 10005-1101

Francisca A. Sabadie
Defendant Pro Se
One Walworth Avenue
Scarsdale, New York 10583

Jonathan M. Landsman, Esq
Defendant Pro Se
260 Madison Avenue
New York, NY  10016