UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elizabeth Combier

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

The State of New York et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-16-2010

09 Civ. 5314 (RJH) FM

**REQUEST TO PROCEED
*IN FORMA PAUPERIS*
ON APPEAL**

PRO SE OFFICE

SCANNED

I, Elizabeth Combier, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: denial of my Constitutional right to property freedom of information, property of my mothers' estate, due process

1.    If you are presently employed:
        a) give the name and address of your employer
        b) state the amount of your earnings per month

2.    If you are NOT PRESENTLY EMPLOYED:
        a) state the date of start and termination of your last employment
        b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

Start: August 2007 — end July 22, 2010

*Rev. 07/2007*

1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

*Employer - $18,480; Unemployment Aug-present*

a) Are you receiving any public benefits?  ☐ No.  ☒ Yes, $ *354/week*

b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.  ☒ Yes, $ *2,100*.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.  ☐ Yes, $ _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.  ☒ Yes, *1710/month*

7. List the person(s) that you pay money to support and the amount you pay each month.

*I have various expences for my four children above what my husband pays*

8. State any special financial circumstances which the Court should consider.

*For twelve years I have paid the bills of attorneys in a timely fashion, and have worked diligently to provide the citizens and public of the United States with information on injustice. I have been harmed by the people I have been paying to help me.*

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___16___ day of ___November___, __2010__
              date                    month              year

_____
Signature

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ _____, 20___

          _____, New York

*Rev. 07/2007*