

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH COMBIER,

          Plaintiff,

- against -

THE STATE OF NEW YORK, et al.,

          Defendants.

1:09-cv-05314 (RJH)(FM)

**ORDER**

It is hereby ORDERED that the Plaintiff in this action shall have seven (7) days from this date to file a notice of appeal in this action.

SO ORDERED

Dated: New York, New York
       November 29, 2010

_____
Richard J. Holwell
United States District Judge